# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** DEA

**City** Boston and Fitchburg

**County** Suffolk and Worcester

**Related Case Information:**
- Superseding Ind./ Inf. _____   Case No. _____
- Same Defendant _____   New Defendant X
- Magistrate Judge Case Number: 24-7176-JCB
- Search Warrant Case Number: see additional information
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes ☑ No

**Defendant Information:**

Defendant Name: JAIRO COLLAZO   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Piquete

Address: Bronx, New York

Birth date (Yr only): 1988   SSN (last 4#): _____   Sex: M   Race: White   Nationality: Dominican Rep.

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Samuel R. Feldman   Bar Number if applicable: _____

Interpreter: ☑ Yes ☐ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** _____

**Arrest Date:** 4/12/2024

☑ Already in Federal Custody as of 4/12/2024 in SDNY .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/12/2024   Signature of AUSA: _[signed]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JAIRO COLLAZO

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute and to possess with intent to distribute controlled substances, that is, 400 grams or more of fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

24-7077, 7082, 7117-JCB